# In The United States Court of Federal Claims

No. 12-328C

(Filed: May 24, 2012)

_____

WEGCO, INC.,

      Plaintiff,

      v.

THE UNITED STATES,

      Defendant,

      and

PM SERVICES COMPANY,

      Defendant-Intervenor.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, May 25, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge