# In The United States Court of Federal Claims

No. 12-328C

(Filed: May 24, 2012)

WEGCO, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

PM SERVICES COMPANY,

Defendant-Intervenor.

## ORDER

A telephonic status conference will be held in this case on Friday, May 25, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge