# In The United States Court of Federal Claims

No. 12-328C

(Filed: May 25, 2012)

_____

WEGCO, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

        and

PM SERVICES COMPANY,

        Defendant-Intervenor.

_____

**ORDER**

_____

      On May 25, 2012, a telephonic status conference was held in this case. Participating in the conference were James S. DelSordo, for plaintiff, Elizabeth Anne Speck, for defendant, and E. Sanderson Hoe, for defendant-intervenor. Pursuant to discussions held during the conference, the court adopts the following schedule:

    1.    On or before June 4, 2012, defendant shall file the administrative record on CD-ROM and effectuate service to all parties;

    2.    On or before June 11, 2012, defendant and defendant-intervenor shall file their responses to plaintiff's motion for a preliminary injunction;

    3.    On or before June 18, 2012, plaintiff shall file its reply to its motion for a preliminary injunction; and

    4.    Oral argument on plaintiff's motion for preliminary injunction will be held on June 20, 2012, at 10:00 a.m. (EDT) in the United States Court of

Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
