# In The United States Court of Federal Claims

No. 12-328C

(Filed: June 12, 2012)

_____

WEGCO, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

        and

PM SERVICES COMPANY,

        Defendant-Intervenor.

_____

**ORDER**

_____

On June 11, 2012, defendant filed a motion to strike a declaration attached to plaintiff's motion for a preliminary injunction. The court will not consider any factual materials – either as attached to pleadings or exhibits to briefs – that are not part of the administrative record in this case. *See Axiom Res. Mgmt., Inc. v. United States,* 564 F.3d 1374, 1379-81 (Fed. Cir. 2009).

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge