# In The United States Court of Federal Claims

No. 12-328C

(Filed: June 14, 2012)
_____

WEGCO, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

        and

PM SERVICES COMPANY,

        Defendant-Intervenor.
_____

**ORDER**
_____

Upon further review of the materials in this case, the court finds the administrative record – filed on June 4, 2012 – to be inadequate. Accordingly, on or before close of business on June 18, 2012, defendant shall file on CD-ROM, and effectuate service to all parties, the following:

1. A complete copy of the solicitation at issue in this case;

2. A complete copy of plaintiff's proposal in response to that solicitation;

3. Full and complete copies of any evaluations performed by the agency of plaintiff's proposal; and

4. The entirety of any other document referenced in the parties' briefs that is also described in paragraph 22 of the Rules of the Court of Federal Claims, Appendix C.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge