# In The United States Court of Federal Claims

No. 12-328C

(Filed: June 20, 2012)

_____

WEGCO, INC.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant,

    and

PM SERVICES COMPANY,

      Defendant-Intervenor.

_____

**ORDER**

_____

    Oral argument was held today on plaintiff's motion for a preliminary injunction and defendant's motion to dismiss. Participating in the argument were James S. DelSordo, for plaintiff; Elizabeth Anne Speck, for defendant; and E. Sanderson Hoe, for defendant-intervenor. For the reasons stated at the argument, plaintiff's motion for a preliminary injunction is hereby **DENIED**, and defendant's motion to dismiss is hereby **DENIED.**

    **IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge