# In The United States Court of Federal Claims

No. 12-328C

(Filed: June 20, 2012)

_____

WEGCO, INC.,

      Plaintiff,

      v.

THE UNITED STATES,

      Defendant,

      and

PM SERVICES COMPANY,

      Defendant-Intervenor.

_____

**ORDER**

_____

On or before 5:30pm on Friday, June 22, 2012, the parties shall file a joint status report indicating how this case should proceed, including a briefing schedule for the parties' cross-motions for judgment on the administrative record, if appropriate.

    **IT IS SO ORDERED**.

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge