# In The United States Court of Federal Claims

No. 12-328C

(Filed: June 25, 2012)

_____

WEGCO, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

        and

PM SERVICES COMPANY,

        Defendant-Intervenor.

_____

**ORDER**

_____

On June 22, 2012, the parties filed a joint status report indicating how this case should proceed. Contrary to plaintiff's request, the court will not decide the merits of this case based on the parties' briefings on plaintiff's motion for a preliminary injunction. Accordingly:

1. On or before July 16, 2012, plaintiff shall file a motion for judgment on the administrative record;

2. On or before August 6, 2012, defendant shall file its response and cross-motion for judgment on the administrative record;

3. On or before August 20, 2012, plaintiff shall file its reply in support of its motion for judgment on the administrative record;

4. On or before September 4, 2012, defendant shall file its reply in support of its cross- motion for judgment on the administrative record; and

5. Alternatively, on or before July 16, 2012, plaintiff may file a stipulation of dismissal pursuant to RCFC 41(a).

**IT IS SO ORDERED**.

<u>s/ Francis M. Allegra</u><br>
Francis M. Allegra<br>
Judge